UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH DOE, by and through his Parents, JOHN DOE and JANE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHAMPTON PUBLIC SCHOOLS and the COMMONWEALTH OF MASSACHUSETTS, DIVISION OF ADMINISTRATIVE LAW APPEALS, BUREAU OF SPECIAL EDUCATION APPEALS<br><br>Defendants. | CIVIL ACTION<br>NO.3:10-cv-30228 |

## MOTION TO PROCEED UNDER A PSEUDONYM

Now come the Plaintiffs, ~~Joseph Doe~~ by and through his parents, Mark Medaugh and Cynthia (Crosby) Medaugh, referred to as Joseph Doe, by and through his parents, John Doe and Jane Doe, and respectfully move that they be allowed to proceed in this matter under pseudonyms.

As reasons thereof, the Plaintiffs state that this matter is an appeal of a Bureau of Special Education Appeals Ruling involving their son, a nine year old child with disabilities.

Proceeding under the Plaintiffs' actual names will expose both their minor child and their family to embarrassment, an invasion of privacy, and disclosure of confidential information.

WHEREAS, the Plaintiffs respectfully pray that they be allowed to proceed in this matter under pseudonyms.

Dated: December 2, 2010

Respectfully submitted,
JOSEPH DOE,
and his parents,
JOSEPH AND JANE DOE,
by their attorney,

/s/ Peter L. Smith
_____
Peter L. Smith, Esq.
200 North Main Street, Suite 8
East Longmeadow, MA 01028
(413) 525-1136
Fax (413) 525-4128
BBO# 542544